UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re:<br><br>Eva Toth<br>Ari Toth Miller aka Ari Toth Miller, aka Ari Miller, aka Arpad Toth<br><br>                Debtors. | **NOTICE OF APPEARANCE**<br><br>Case No.: 16-23010-rdd<br>(Chapter 13)<br><br>Assigned to:<br>Hon. Robert D. Drain<br>Bankruptcy Judge |

_____

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Caliber Home Loans, Inc. in the within proceeding with regard to its interest in the property known as 503 Mallard Way, Unit E-3, Peekskill, NY 10566.

      Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   October 20, 2016
               Williamsville, New York

                                     Yours,
                                     GROSS POLOWY, LLC
                                     Attorneys for Caliber Home Loans, Inc.

                                     Ehret A. VanHorn, Esq.
                                   Gross Polowy, LLC
                                   1775 Wehrle Drive, Suite 100
                                   Williamsville, NY 14221
                                   Telephone (716)204-1700

TO:

By ECF:

   Clerk, United States Bankruptcy Court
   Southern District Of New York

   Linda M. Tirelli, Esq.            Attorney for Debtors

   Jeffrey L. Sapir, Esq.            Chapter 13 Trustee