# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Tony Padilla**
*Legal Assistant*
(914) 345-3020, ext. 305
luisp@kkmllp.com

November 8, 2016

**VIA ECF**
Honorable Robert D. Drain
US Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

      Re:     In re: Eva Toth and Ari Toth Miller
                Case No: 16-23010-rdd

Dear Judge Drain:

As you may recall, this office represented the interests of Federal National Mortgage Association (Fannie Mae), a secured creditor, in the above-referenced matter.

This loan was service released to Caliber Home Loans, Inc. ("Caliber"). Caliber has retained the services of Gross Polowy, LLC ("Gross").

Our office has confirmed that Gross will be appearing at the Loss Mitigation Status Conference scheduled for November 9, 2016 at 10:00 am. As such, this office will not be appearing at the Status Conference.

Our office has provided both Caliber and Gross with the financial package previously provided by Debtors' counsel.

If there are any questions or concerns, please do not hesitate to contact us.

Respectfully,
**Knuckles, Komosinski & Manfro, LLP**

_____
Mark R. Knuckles, Esq.
Counsel for Federal National Mortgage Association (Fannie Mae)

cc:     All Counsel, VIA ECF

**New Jersey Office** 50 Tice Boulevard, Suite 183 | Woodcliff Lake, NJ 07677 | Tel (201) 391-0370 | eFax (201) 781-6744