**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:                                                    Chapter 13


Eva Toth and Ari Toth Miller,                             Case No. 16-23010



                          Debtor(s).

-----------------------------------------------------------------x


## <u>DEBTOR LOSS MITIGATION AFFIDAVIT</u>


STATE OF NEW YORK              )
                               )ss.:
COUNTY OF WESTCHESTER          )


      I, Jenna Giorgi, being sworn, say:


      I am not a party to this action, am over 18 years of age and reside in Westchester, New York.

      On November 21, 2016, I served a true and completed copy of the documents requested upon the following party via email, Dennis Jose, at the following address djose@grosspolowy.com; including the following documents:

☐     A copy of the Debtor's[1] two (2) most recent federal income tax returns;

☐     A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;


Or, if Debtor is self-employed:

☐     A copy of the Debtor's business' two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses for *[the months of]*;

☐     A copy of the mortgagee=s completed financial worksheet;

☐     Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

☒     Other (please specify)

- Signed and dated hardship letter;
- Profit and Loss Statements for August 2016, September 2016 & October 2016; and
- Schedule J – Expenses.

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

Dated:  White Plains, New York
        November 21, 2016

                                        /s/ Jenna Giorgi
                                        Jenna Giorgi

Sworn before me on this
21 day of November 2016

/s/ Todd S. Cushner
Todd S. Cushner
REG # 02CU6071553
Notary Public, State of New York
Certified in Queens County
NY Commission Expires 3/18/18